# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **HUDSON INSTIUTE OF PROCESS RESEARCH INCORPORATED,** § § § § *Plaintiff,* § § v. § § **NATIONAL LABOR RELATIONS BOARD, et. al.** § § § *Defendants.* § | Civ. Action No. 4:24-CV-00989  Judge Amos L. Mazzant, III |

## ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF

Upon consideration of the Motion for Leave to File Brief filed by the United Electrical, Radio and Machine Workers of America (Dkt. #25), it is hereby ORDERED that the motion is **GRANTED**. The United Electrical, Radio and Machine Workers of America may file a brief.

**IT IS SO ORDERED.**

**SIGNED this 12th day of December, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE