UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**HUDSON INSTITUTE OF PROCESS
RESEARCH INCORPORATED,**

           *Plaintiff*,

v.

**NATIONAL LABOR RELATIONS BOARD, et. al.**

           *Defendants*.

Civ. Action No. 4:24-CV-00989

Judge Amos L. Mazzant, III

### ORDER GRANTING MOTION FOR WITHDRAWAL OF NICHOLAS STONECYPHER AS COUNSEL FOR THE UNION

Upon consideration of the Motion to Withdraw as Counsel filed by the United Electrical, Radio and Machine Workers of America (UE) (Dkt. #59), it is hereby ordered that the motion is **GRANTED.**

It is therefore **ORDERED** that Nicholas Stonecypher may withdraw as counsel for the Proposed Intervenor United Electrical, Radio and Machine Workers of America (UE).

    **IT IS SO ORDERED.**

    SIGNED this 21st day of February, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE